DOA 20
3-2-20

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Sicairos-Diaz,<br>a.k.a.: Jose Antonio Sicairos Diaz,<br>(A092 967 411)<br>*Defendant* | Case No. 20-8077MJ |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 28, 2020, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Sicairos-Diaz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about September 27, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Jaime Galvez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 3, 2020

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jaime Galvez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On February 28, 2020, Jose Sicairos-Diaz was arrested by the Arizona Department of Public Safety and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Sicairos-Diaz was examined by ICE Officer A. Santana who determined Sicairos-Diaz to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On March 2, 2020, Sicairos-Diaz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Sicairos-Diaz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Sicairos-Diaz to be a citizen of Mexico and a previously deported criminal alien. Sicairos-Diaz was removed from the United States to Mexico through San Ysidro, California, on or about September 27, 2006, pursuant to a removal order issued by an immigration official. There is no record of

1

Sicairos-Diaz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sicairos-Diaz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Sicairos-Diaz was convicted of Conspiracy to Launder Drug Trafficking Proceeds, a felony, on March 4, 1994, in the United States District Court, Southern District of California. Sicairos-Diaz was sentenced to twenty-four (24) months of imprisonment and three (3) years of supervised release. Sicairos-Diaz's criminal history was matched to him by electronic fingerprint comparison.

5. On March 2, 2020, Jose Sicairos-Diaz was advised of his constitutional rights. Sicairos-Diaz freely and willingly acknowledged his rights and agreed to provide a statement under oath. Sicairos-Diaz stated that his true and complete name is "Jose Antonio Sicairos Diaz," and that he is a citizen of Mexico. Sicairos-Diaz stated that he entered the United States in "2015," through "Arizona." Sicairos-Diaz further stated that he had been removed from the United States to Mexico and had not received permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about February 28, 2020, Jose Sicairos-Diaz, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about September 27, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) enhanced by (b)(1).

_____
Jaime Galvez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of March, 2020.

_____
John Z. Boyle,
United States Magistrate Judge